THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* EDMUND C. BUEHLER, Appellant.

Submitted June 6, 1955; decided June 9, 1955.

*Leo E. Sherman* for motion.

*Frank S. Hogan, District Attorney (Paul A. Stone* of counsel), in opposition to motion to have appeal set down for argument during present session.

Motions granted.